# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BEAL SERVICE CORPORATION | § § § | |
| VS. | § § | Case No. 4:09cv118 (Judge Schneider/Judge Mazzant) |
| OPEN SOLUTIONS, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On July 17, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Amended Motion to Transfer Venue (Dkt. #31) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Amended Motion to Transfer Venue (Dkt. #31) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 11th day of August, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE